UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THAVATSAY
PHIMMOUNGKHOUN,

                           Petitioner,

         v.

BRUCE SCOTT, et al.,

                           Respondents.

CASE NO. C26-1689JLR

ORDER

Before the court is Petitioner Thavatsay Phimmoungkhoun's motion for a temporary restraining order.  (TRO Mot. (Dkt. # 8); *see also* Pet. (Dkt. # 1).)  Petitioner is a lawful permanent resident of the United States with a final order of removal to Laos. (Pet. ¶¶ 8, 32.)  Petitioner has no Laotian citizenship and received his final order of removal almost 15 years ago.  (TRO at 2-3.)

Petitioner is currently detained at the Northwest Immigration and Customs Enforcement ("ICE") Processing Center ("NWIPC") in Tacoma, Washington.  (*Id.* ¶ 39.)

ORDER - 1

On May 29, 2026, counsel for Petitioner filed an emergency TRO motion alleging that the Government[1] has notified Petitioner that it intends to move him from the NWIPC on May 30, 2026, in anticipation of removing him to Laos as early as next week.  (TRO Mot. at 2-3.)  The Government has filed notice that it intends to oppose Petitioner's TRO motion.  (Notice (Dkt. # 10).)  It requests "meaningful time to respond" to the motion. (*Id.* at 1.)

Under these circumstances, Petitioner's removal threatens to moot his pending habeas petition before the court can act.  The court therefore invokes its authority to grant a TRO to preserve the court's jurisdiction and to maintain the status quo.  *See A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025) (concluding that federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve [] jurisdiction over the matter").

//

//

//

//

//

//

//

[1] The Federal Respondents are United States ICE Enforcement and Removal Operation Seattle Field Office Director Laura Hermosillo; United States Department of Homeland Security Secretary Markwayne Mullin; ICE Acting Director Todd Lyons; and ICE (together, the "Government").  (Pet. ¶¶ 10-12, 23-24.)

ORDER - 2

Accordingly, the court ORDERS as follows:

1. Petitioner's motion for a temporary restraining order (Dkt. # 8) is GRANTED for the purpose of maintaining the status quo so that the court may review the merits of the TRO motion after full briefing.  The court reserves ruling on all other aspects of the motion.

2. The Government is PROHIBITED from removing Petitioner to any country or from the NWIPC to any other detention facility during the pendency of these proceedings, without further order, unless necessary for medical evaluation, medical treatment, or release.

3. The Government may file a response, if any, to Petitioner's TRO motion by **5:00 p.m. (PT) Friday, June 5, 2026**.  No reply is permitted.

Dated this 29th day of May, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 3